# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

TRUSTEES OF THE WILL COUNTY LOCAL 174 )
CARPENTERS PENSION TRUST FUND, et al., )
) No. 17 CV 5726
        Plaintiffs, )
) Judge Ellis
v. )
) Magistrate Judge Schenkier
LAKESIDE RACK INSTALLERS, INC., )
)
        Defendant. )

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COME the Plaintiffs, by and through their attorneys, and, in their Motion for Default & Audit, state as follows:

1. The Plaintiff Funds filed their Complaint against Defendant on August 7, 2017, seeking an order compelling Defendant to undergo an ERISA fringe benefit contributions audit, and for judgment on any amounts determined due by the audit.

2. Plaintiffs served Defendant, a Michigan corporation, on August 28, 2017 by serving it via certified mail pursuant to Michigan Court Rule 2.105, a procedure permitted under FRCP 4(e)(1). See Ex. A.

3. The time for Defendant to answer or otherwise plead to the Complaint passed without any response from Defendant, so the Court ruled Defendant in default and commanded it to submit to an audit on September 28, 2017.

4. According to the Declaration of Richard J. Wolf (Ex. A), the resulting audit

revealed the following arrearages to the Funds: $172,748.31 in benefits, $17,274.83 in liquidated damages, $15.00 in discrepancies, and $2,240.00 in audit costs, for a total of $192,278.14.

5. According to the Declaration of Andrew S. Pigott, Plaintiffs' attorney fees in this matter total $15,193.75.

6. Plaintiffs forwarded a copy of the audit to Defendant's attorney and requested he contact Plaintiffs' counsel to discuss the findings, but Defendant's attorney made no further contact after initially indicating he would.

WHEREFORE, Plaintiffs ask this Court to enter the Order attached to this Motion as Exhibit C.

|  |  |
|---|---|
| Donald D. Schwartz<br>**Paul M. Egan**<br>**Andrew S. Pigott**<br>**ARNOLD & KADJAN, LLP**<br>35 E. Wacker Dr., Ste. 600<br>Chicago, Illinois 60601<br>(312) 236-0415 | Respectfully submitted,<br>**TRUSTEES OF THE WILL COUNTY LOCAL 174 CARPENTERS PENSION TRUST FUND, et al.**<br><br>By: s/Andrew S. Pigott<br>One of their Attorneys |